A99A1169. DAVIS v. THE STATE.
(543 SE2d 736)

MIKELL, Judge.

In *Davis v. State*, 239 Ga. App. 318 (521 SE2d 368) (1999), we affirmed Tommie Coleman Davis' conviction and sentence for armed robbery and possession of a firearm during the commission of a crime. On certiorari, the Supreme Court reversed our ruling that Davis, who committed the crimes during the period of his first offender probation, could be sentenced as a recidivist under OCGA § 17-10-7 (b) (2). *Davis v. State*, 273 Ga. 14 (537 SE2d 663) (2000). Instead, the Supreme Court held that guilty pleas Davis entered as a

---

first offender did not constitute convictions that could serve as a basis for sentencing him as a recidivist. Accordingly, Division 2 of our prior opinion is vacated, and the judgment of the Supreme Court is made the judgment of this court. The case is remanded to the trial court for a new sentencing hearing.

*Sentence vacated and case remanded for resentencing. Andrews, P. J., and Ruffin, J., concur.*

DECIDED NOVEMBER 22, 2000.

*Lloyd W. Walker*, for appellant.
*William T. McBroom III, District Attorney, Richard A. Vandever, Assistant District Attorney*, for appellee.